UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE M. GOLDSTEIN,            CASE NO.

    Plaintiff,                      JUDGE

v

PHOENIX LIFE INSURANCE COMPANY,
a foreign corporation

    Defendant.

LAW OFFICE OF GLEN N. LENHOFF
BY:   GLEN N. LENHOFF (P32610)
        ROBERT KENT-BRYANT (P40806)
328 South Saginaw Street
8th Floor, North Building
Flint, Michigan  48502
(810) 235-5660

## COMPLAINT AND JURY DEMAND

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint.

**NOW COMES** Plaintiff, Janice M. Goldstein, by and through her attorney, the Law Office of Glen N. Lenhoff, and hereby complains of Defendant, Phoenix Life Insurance Company as follows:

## PARTIES AND JURISDICTION

    1.    Plaintiff, Janice M. Goldstein (hereinafter Plaintiff), is a resident of the City of Royal Oak, County of Oakland, State of Michigan.

    2.    Defendant Phoenix Life Insurance Company (hereinafter Defendant) is a foreign corporation doing business in the State of Michigan.

1

3. The Court has subject matter jurisdiction over this case pursuant to 28 USC §1332 because the parties have diversity of citizenship.

4. Venue is proper in the United States District Court for the Eastern District of Michigan Southern Division pursuant to 29 USC §1391(a) as a substantial part of the events or omissions giving rise to the claim occurred in the Eastern District of Michigan Southern Division and therefore, Defendant is subject to personal jurisdiction there at the time this action commenced.

5. The claims that Plaintiff asserts in this lawsuit include sex discrimination claims in violation of Michigan's Elliott-Larsen Civil Rights Act.

## GENERAL ALLEGATIONS

6. Plaintiff began her employment with Defendant on April 9, 2001.

7. Plaintiff was discharged from her employment on June 20, 2009.

8. At all times pertinent hereto, Plaintiff was an excellent and valuable employee for   Defendant.

9. Defendant is an estate and retirement planning company.

10. At the time of her discharge, Plaintiff was employed as a retirement security consultant.

11. On April 21, 2009, Defendant announced layoffs.

12. Plaintiff was told she was among those selected for layoff.

13. Plaintiff was told that her performance and geography were the reasons for her layoff.

14. In truth, Plaintiff was a much better performer and had much more seniority than similarly-situated men who were retained.

15. Plaintiff has suffered economic and emotional distress damages as a result of Defendant's decision to terminate her employment.

## COUNT I - SEX DISCRIMINATION CLAIM AGAINST DEFENDANT PURSUANT TO MICHIGAN'S ELLIOTT-LARSEN CIVIL RIGHTS ACT, MCLA §37.2202

16. Plaintiff hereby re-alleges and incorporates by reference the preceding paragraphs.

17. Plaintiff was discharged on June 20, 2009.

18. One motivating factor in the decision to discharge Plaintiff was her sex.

19. Said sex discrimination is unlawful under Michigan's Elliott-Larsen Civil Rights Act.

20. Accordingly, Plaintiff hereby asserts a MCLA §37.2202 Sex Discrimination claim against Defendant.

**WHEREFORE**, Plaintiff requests to be awarded fair and reasonable damages in such sum as a jury deems just, together with costs, attorneys fees and interest.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a Jury Trial in the above-captioned case as guaranteed by Rule 38 of the Federal Rules of Civil Procedure.

s/Glen N. Lenhoff  
LAW OFFICE OF GLEN N. LENHOFF  
328 South Saginaw Street, 8-North  
Flint, Michigan  48502  
(810) 235-5660  
lenhofflaw@usol.com  
(P32610)  
Date: 7/31/2009

s/Robert Kent-Bryant  
LAW OFFICE OF GLEN N. LENHOFF  
328 South Saginaw Street, 8-North  
Flint, Michigan  48502  
(810) 235-5660  
lenhofflaw@usol.com  
(P40806)  
Date: 7/31/2009